United States District Court
Western District of North Carolina
Asheville Division

| | | |
|---|---|---|
| IN RE:<br>AMY HOPE CHILSON, Debtor, | ) ) ) ) | JUDGMENT IN CASE |
| LANGDON M. COOPER, TRUSTEE, | ) ) ) | |
| Appellant, | ) ) ) | CIVIL CASE NO. 1:14-CV-45<br>BANKRUPTCY CASE NO. 12-10848 |
| vs. | ) ) | |
| AMY HOPE CHILSON, | ) ) | |
| Appellee. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 21, 2014 Memorandum and Opinion.

October 21, 2014

*Frank D. Johns* (signature)

Title of Signing Officer
United States District Court

Frank G. Johns, Clerk
United States District Court